UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. HEAD, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-02768-JD<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. No. 8 |

　　　　Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleged that several CDCR Transportation Officers were deliberately indifferent to his serious medical needs while he was being transported. Plaintiff was taken from California Men's Colony and transported to Corcoran Prison with stops at California Correctional Institution, California Rehabilitation Center, and Chino State Prison. These locations lie in the Central and Eastern Districts of California. Plaintiff identified no events that occurred in the Northern District of California.[1]

　　　　Plaintiff stated that the office of the transportation unit for CDCR lies in the Northern District, but provided no additional information. The Court ordered plaintiff to provide additional information regarding the location of the office and these defendants. Plaintiff has provided addresses for the defendants and they are all located in Sacramento, in the Eastern District of

---

[1] Plaintiff is currently incarcerated at Mule Creek State Prison in the Eastern District of California.

California. Because none of the defendants reside in this district and as none of the events occurred here, this case must be transferred. Because some of the events occurred in the Eastern District and as plaintiff and the defendants reside there, this case will be transferred to the Eastern District.

Venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). This case is therefore **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). Plaintiff's motion for an extension (Docket No. 8) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: September 3, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL JOHNSON,

    Plaintiff,

  v.

J. HEAD, et al.,

    Defendants.

Case No. 14-cv-02768-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/16/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carl Johnson
J90000 C12-241
Mule Creek State Prison
Ione, CA 95640

Dated: 9/16/2014

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO